■ Anasta Thomas, Appellant, v Terrace Health Care Center, Inc., Respondent, et al., Defendant. [781 NYS2d 896]—Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered June 5, 2003, which, upon consideration of plaintiff's newly submitted affidavit of merit, adhered to the prior order of the same court and Justice granting defendant's motion to dismiss the action for plaintiff's failure to serve a timely complaint, unanimously affirmed, without costs.

While a reasonable excuse was proffered for the failure to timely serve the complaint, an affirmance is required because there is a lack of merit in plaintiff's claim. Concur—Nardelli, J.P., Andrias, Ellerin, Gonzalez and Catterson, JJ.

■ In the Matter of Jeffrey M. Cohn (Admitted as Jeffrey Michael Cohn), a Suspended Attorney. [783 NYS2d 463]—Application for reinstatement as an attorney and counselor-at-law in the State of New York granted to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Buckley, P.J., Nardelli, Andrias, Ellerin and Friedman, JJ.